UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
DECEMBER 18, 2018 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-300
    8 U.S.C. § 1326(a)

SEBASTIAN GONZALEZ-CID

# INDICTMENT
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about September 24, 2017, defendant SEBASTIAN GONZALEZ-CID, an alien, was found at or near South Charleston, West Virginia, and was subsequently removed from the United States to Mexico on or about November 2, 2017.

2. On or about December 6, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant SEBASTIAN GONZALEZ-CID, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                    MICHAEL B. STUART
                    United States Attorney

By: _____
                    ERIK S. GOES
                    Assistant United States Attorney